**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>John Francisco Padilla )<br>)<br>) | Docket No.:  0972 1:15CR00262-001 |

On 8/23/2006, the above-named was sentenced to Supervised Release for a period of 5 years. Supervision commenced on December 30, 2011.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Ben J. Blankenship

**BEN J. BLANKENSHIP**
**Sr. United States Probation Officer**

Dated:    December 15, 2015
             Visalia, California


             /s/ Lonnie E. Stockton
**REVIEWED BY:    LONNIE E. STOCKTON**
                **Supervising United States Probation Officer**

1

Rev. 06/2015
EARLY TERMINATION ~ ORDER (PROB35).DOTX

**Re:** **John Francisco Padilla**
    Docket No:   0972 1:15CR00262-001
    Report and Order Terminating Supervised Release
    **Prior to Original Expiration Date**

---

# ORDER OF COURT

Pursuant to the above report, it is ordered that John Francisco Padilla be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   **December 16, 2015**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

cc:    AUSA – Kevin P. Rooney
       FLU Unit – United States Attorney's Office
       Fiscal Clerk - Clerk's Office
       Supervisee - John Francisco Padilla